450 A.2d 1060

Commonwealth v. Hannon, Appellant.
Petition for Allowance of Appeal
Denied Jan. 24, 1983.

Argued February 2, 1982. John Rogers Carroll, for appellant; Joseph Giovannini, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.

McEWEN, J., filed a memorandum dissenting opinion.